IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| NEUROCARE INSTITUTE OF CENTRAL FLORIDA, P.A., a Florida professional association, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>US CAPITAL ACCESS, INC. and ABE NAZARI,<br><br>　　　　　　Defendants. | No. 6:13-cv-1233-ORL-31-TBS<br><br>Judge Gregory A. Presnell |

## PLAINTIFFS MOTION TO VOLUNTARILY DISMISS JOHN DOES 1-12

Plaintiff, NEUROCARE INSTITUTE OF CENTRAL FLORIDA, P.A. ("Plaintiff"), individually and on behalf of all others similarly-situated, by and through its undersigned counsel and pursuant to Fed. R. of Civ. Pro. 21, hereby moves the honorable Court to voluntarily dismiss Defendants John Does 1-12, without prejudice and with each party to bear its own fees and costs, and states as follows:

　　1.　　Plaintiff named John Does 1-12 as Defendants in this case. None of the John Doe Defendants were served as Plaintiff has been unable to locate any John Doe Defendants.

　　2.　　Plaintiff now moves this Court to voluntarily dismiss John Doe Defendants 1-12 without prejudice pursuant to Fed. R. of Civ. Pro. 21.

3. The granting of this motion will not prejudice any remaining Defendants.

4. The granting of this motion will not change any of the allegations in the pending Complaint as to any of the remaining parties.

**WHEREFORE**, based upon the foregoing, Plaintiff respectfully moves to voluntarily dismiss Defendants John Does 1-12 pursuant to Fed. R. of Civ. Pro. 21.

January 10, 2014

Respectfully submitted,

NEUROCARE INSTITUTE OF CENTRAL FLORIDA, P.A., a Florida professional association, individually and as the representative of a class of similarly-situated persons,

By: /s/ Phillip A. Bock
One of its attorneys

| | |
|---|---|
| Ryan M. Schmidt (Fla. Bar No. 95731) | Phillip A. Bock (Fla. Bar No. 93895) |
| Law Offices of Jon B. Coats, Jr., P.A. | BOCK & HATCH, LLC |
| 1519 Dr. M.L.K., Jr. St. N | 134 North La Salle Street, Suite 1000 |
| St. Petersburg, FL 33704 | Chicago, IL 60602 |
| Telephone: 727-456-4462 | Telephone: 312/658-5500 |

## CERTIFICATE OF SERVICE

       I hereby certify that on January 10, 2014, I caused the foregoing to be filed using the Court's CM/ECF System which will send notification of such filing to all counsel of record.  I further certify that I caused the foregoing to be served by depositing the same in the U.S. Mail at 134 N. La Salle St., Chicago, IL 60602, with First Class Mail postage prepaid to the following addresses:

US Capital Access, Inc.
c/o Abe Nazari
15357 Magnolia Blvd., #125
Sherman Oaks, CA 91403

Abe Nazari
15357 Magnolia Blvd., #125
Sherman Oaks, CA 91403

       /s/ Phillip A. Bock