# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NEUROCARE INSTITUTE OF**
**CENTRAL FLORIDA, P.A.,**

    **Plaintiff,**

**v.**                                               Case No:   6:13-cv-1233-Orl-31DAB

**US CAPITAL ACCESS, INC. and ABE**
**NAZARI,**

    **Defendants.**

## ORDER

This cause comes before the Court on Motion for Default Judgment (Doc. No. 25) filed March 13, 2014.

On May 14, 2014, the United States Magistrate Judge issued a report (Doc. No. 26) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Default Judgment is **GRANTED**; and

3. The Clerk shall enter judgment in Plaintiff's favor and against U.S. Capital Access, Inc. and Abe Nazari, jointly and severally, in the amount of $1,500.00.

It is further **ORDERED** that Defendants are enjoined from sending advertisements by facsimile to Plaintiff without prior express invitation or permission. The Court retains jurisdiction to enter a cost award pursuant to 28 U.S.C. Sec. 1920.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 29, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party